SAGER MANUFACTURING COMPANY, Appellant, *v.* FRANK SUL-
LIVAN SMITH, Respondent.

*Sager Manufacturing Co.* v. *Smith,* 45 App. Div 358, affirmed.
(Argued May 14, 1901; decided June 4, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 22, 1899, reversing a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term without
a jury and granting a new trial.

*Isaac Adler* for appellant.

*C. Walter Artz* and *Frederic W. Frost* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON,
CULLEN and WERNER, JJ.

---

LIZZIE HAND, Appellant, *v.* SUPREME COUNCIL OF THE ROYAL
ARCANUM, Respondent.

*Hand* v. *Supreme Council,* 44 App. Div. 484, affirmed.
(Argued May 14, 1901; decided June 4, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 28, 1899, reversing a judgment in favor of plaintiff
entered upon a verdict directed by the court and granting a
new trial.

*Peter R. Gatens* for appellant.

*S. M. Lindsley* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LAN-
DON and WERNER, JJ. Not sitting: CULLEN, J.